IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02295-LTB

DENNIS DUNANN,

    Plaintiff,

v.

JOHN HICKENLOOPER, Governor, Colorado,
STEVEN HAGER, Ex. Dir. C.D.O.C.,
JAMES FALK, Warden, S.C.F., C.D.O.C., and
BURNADETTE SCOTT, CO-3, AIC Coordinator, S.C.F., C.D.O.C.,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 2, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 2 day of January, 2014.

                               FOR THE COURT,

                               JEFFREY P. COLWELL, Clerk


                               By: s/T.Lee
                                  Deputy Clerk